COOLEY LLP
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
MORGAN E. LEWIS (322205)
(melewis@cooley.com)
JULIA M. IRWIN (352861)
(jirwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:24-cv-00812-PCP<br><br>**DECLARATION OF EDWARD CASTAÑO IN SUPPORT OF DEFENDANT LINKEDIN CORPORATION'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |

I, Edward Castaño, declare as follows:

1. I am currently employed by LinkedIn Corporation ("LinkedIn") as a Principal Product Manager. I have personal knowledge of the facts set forth herein and if called and sworn as a witness, I could and would competently testify thereto.

2. Since October 22, 2018, I have served as a product manager for "Campaign Manager," the tool that the DMV used to sign up to advertise through LinkedIn. In the performance of my job responsibilities, I have become personally familiar with the mechanisms through which LinkedIn's customers register to conduct advertising campaigns with LinkedIn and to use LinkedIn's Insight Tag, as well as the agreements to which advertisers must consent in the course of that registration process. I am also familiar with the changes that have been made to those mechanisms over time.

3. According to LinkedIn's records, the DMV began serving advertisements through LinkedIn in September 2019. To serve advertisements around this time, the DMV would have been required to click-to-accept the LinkedIn Ads Agreement that was last revised on June 30, 2017. This is the primary contract governing LinkedIn's relationship with its advertisers. A true and correct copy of this version of the LinkedIn Ads Agreement is attached hereto as Exhibit A.

4. A true and correct copy of the currently operative version of the Linked Ads Agreement is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2024 in Sunnyvale, California.

Edward Castaño

Edward Castaño

300911560

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Jeffrey Gutkin, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April, 2024, at San Francisco, California.

*/s/ Jeffrey Gutkin*
Jeffrey Gutkin