COOLEY LLP
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
MORGAN E. LEWIS (322205)
(melewis@cooley.com)
JULIA M. IRWIN (352861)
(jirwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:24-cv-00812-PCP<br><br>**DECLARATION OF AARTI REDDY IN SUPPORT OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>Hearing Date: June 6, 2024<br>Time: 10:00 a.m.<br>Dept: Courtroom 8, 4th Floor<br>Judge: P. Casey Pitts<br>Trial Date: TBD<br>Date Action Filed: February 9, 2024 |

I, Aarti Reddy, declare:

1. I am a partner of the law firm Cooley LLP, counsel for Defendant LinkedIn Corporation ("LinkedIn") in this matter. I submit this declaration in support of LinkedIn's Motion to Dismiss Plaintiff's Class Action Complaint. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2. Attached hereto as **Exhibit B** is the operative version of LinkedIn's Ads Agreement, which was last updated on June 1, 2023. This document is publicly available at https://www.linkedin.com/legal/sas-terms and was last accessed by a member of my team on April 8, 2024. The same document is attached as Exhibit B to the Declaration of Edward Castaño in Support of LinkedIn's Motion to Dismiss.

3. Attached hereto as **Exhibit C** is a true and correct copy of the webpage located at https://business.linkedin.com/marketing-solutions/insight-tag, which is referenced in footnotes 17 and 18 of Plaintiff's Complaint and was last accessed by a member of my team on April 8, 2024.

4. Attached hereto as **Exhibit D** is a true and correct copy of a webpage from the DMV's website titled "Disabled Person Parking Placards & Plates," publicly available at https://www.dmv.ca.gov/portal/vehicle-registration/license-plates-decals-and-placards/disabled-person-parking-placards-plates/ and was last accessed by a member of my team on April 8, 2024.

5. Attached hereto as **Exhibit E** is a true and correct copy of an online PDF form titled "Application for Disabled Person Placard or Plates," publicly available via a hyperlink depicted in Plaintiff's Complaint. Complaint ¶ 51. This application, which is referenced at least nine times in the complaint, is available on the DMV website at https://www.dmv.ca.gov/portal/file/application-for-disabled-person-placard-or-plates-reg-195-pdf/, and was last accessed by a member of my team on April 8, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of April 2024 in San Francisco, California.

*/s/ Aarti Reddy*
Aarti Reddy

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Jeffrey Gutkin, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April, 2024, at San Francisco, California.

*/s/ Jeffrey Gutkin*
Jeffrey Gutkin