COOLEY LLP
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
MORGAN E. LEWIS (322205)
(melewis@cooley.com)
JULIA M. IRWIN (352861)
(jirwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JACQUELINE JACKSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LINKEDIN CORPORATION,

Defendant.

Case No. 5:24-cv-00812-PCP

**DEFENDANT'S STATEMENT OF RECENT DECISION**

Pursuant to Civil Local Rule 7-3(d)(2), Defendant LinkedIn Corporation submits this Statement of Recent Decision in connection with Defendant's pending Motion to Dismiss (the "Motion"). *See* ECF No. 19.

On May 8, 2024, following the close of briefing on the Motion, United States District Court Judge for the Northern District of California, Vince Chhabria, issued an opinion and order of dismissal in *Love v. Ladder Financial, Inc.*, Case No. 23-cv-04234-VC at Dkt. No. 78. A copy of the slip opinion in *Ladder* is attached hereto as Exhibit A.

Relying on *Graham v. Noom, Inc.*, 533 F. Supp. 3d 823 (N.D. Cal. 2021), the court dismissed the plaintiffs' claim under CIPA's second clause because "plaintiffs have only alleged that [the vendor] provides a tool that allows [defendant] to record, track, and analyze the interactions that users have with its own site" and thus did not plead that the vendor "itself ever 'reads, attempts to read, or to learn' the contents of form entries." Ex. A at *2. The court dismissed plaintiffs' claim under CIPA's third clause "for similar reasons . . . there is no plausible allegation that [the vendor] uses the personal information in those forms." *Id.* at *3.

Dated: May 10, 2024

COOLEY LLP

By: */s/ Jeffrey M. Gutkin*
Jeffrey M. Gutkin

Attorney for Defendant
LINKEDIN CORPORATION

303190196