COOLEY LLP
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
MORGAN E. LEWIS (322205)
(melewis@cooley.com)
JULIA M. IRWIN (352861)
(jirwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JACQUELINE JACKSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LINKEDIN CORPORATION,

Defendant.

Case No. 5:24-cv-00812-PCP

**DEFENDANT'S STATEMENT OF RECENT DECISION**

Pursuant to Civil Local Rule 7-3(d)(2), Defendant LinkedIn Corporation submits this Statement of Recent Decision in connection with Defendant's pending Motion to Dismiss (the "Motion"). *See* ECF No. 19.

On May 8, 2024, following the close of briefing on the Motion, United States District Court Judge for the Eastern District of North Carolina, Terrence W. Boyle, issued an opinion and order of dismissal in *Dye v. Meta Platforms*, Case No. 5:23-CV-509-BO-BM, at Dkt. No. 32. A copy of the slip opinion in *Dye* is attached hereto as Exhibit A.

In *Dye*, the plaintiff sued Meta claiming that the operation of the "Meta Tracking Pixel" on the webpages of the North Carolina Department of Motor Vehicles violated the Drivers' Privacy Protection Act. Ex. A at *1. Relying on *Keogh v. Meta*, 680 F. Supp. 3d 601, 610 (D.S.C. 2023), the court dismissed the complaint, *inter alia*, on the ground that "the myNCDMV website is [not] a 'motor vehicle record.'" Ex. A at *3. The court also distinguished the decision in *Gershzon v. Meta Platforms, Inc.*, in part on the grounds that, in that case, the DMV allegedly stored the personal information in the plaintiff's "MyDMV" online account. *Id.* at *4.

Dated: May 15, 2024

COOLEY LLP

By: */s/ Jeffrey M. Gutkin*
Jeffrey M. Gutkin

Attorney for Defendant
LINKEDIN CORPORATION

303426142