United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE JACKSON,
Plaintiff,

v.

LINKEDIN CORPORATION,
Defendant.

Case No. 24-cv-00812-PCP

**CASE MANAGEMENT ORDER**

Re: Dkt. No. 43

Based on the Joint Case Management Statement and the discussions held at the June 6, 2024 Case Management Conference, the following schedule is set for this case:

**Deadlines**

| | |
|---|---|
| • Joinder and Other Amendments | 10 days from Court's decision on LinkedIn's motion to dismiss |
| • Motion for Class Certification | May 2, 2025 |
| • Opposition to Class Certification Motion | July 1, 2025 |
| • Reply in Support of Class Certification Motion | August 22, 2025 |
| • Fact Discovery Cutoff | December 12, 2025 |
| • Designation of Opening Experts with Reports | January 19, 2026 |
| • Designation of Responsive Experts with Reports | March 20, 2026 |
| • Designation of Rebuttal Experts with Reports | May 4, 2026 |
| • Expert Discovery Cutoff | June 3, 2026 |
| • Completion of ADR | June 24, 2026 |
| • Filing of Dispositive/*Daubert* Motion(s) | June 24, 2026 |
| • Oppositions to Dispositive/*Daubert* Motion(s) | July 24, 2026 |
| • Replies in Support of Dispositive/*Daubert* Motion(s) | August 13, 2026 |
| • Hearing on Dispositive/*Daubert* Motion(s) | August 27, 2026 |

United States District Court
Northern District of California

**Trial Schedule**

- Joint Pretrial Conference — November 17, 2026
- Jury Trial (5–7 days) — December 7, 2026

*Scheduling.* The calendar dates listed after the motion for class certification is fully briefed are subject to modification for good cause based on the timing of the Court's class certification decision. The dates listed above assume the class certification decision will issue on October 21, 2025, or 60 days after the motion is fully briefed.

*Standing Order.* The parties shall comply with the Court's Standing Order for Civil Cases, available at cand.uscourts.gov/judges/pitts-p-casey-pcp or from the Clerk of the Court.

*Amending Pleadings.* Federal Rule of Civil Procedure 15 requires the Court to "freely give leave" to amend "when justice so requires." The Court expects parties not to unreasonably withhold consent to another party's proposed amendments. If the parties cannot stipulate to an amendment, any motion to amend shall be submitted by the deadline for amending the pleadings.

*Discovery.* The parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure. Any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Discovery motions must be filed no more than seven days after the applicable discovery cutoff. *See* Civil L.R. 37-3.

*ADR.* On June 20, 2024, the parties selected private mediation as their preferred ADR process and identified their chosen mediator. Dkt. No. 44. As explained in the Court's standing order, cases will generally not be referred for settlement conferences with a magistrate judge unless the parties have already attempted one of the other processes listed in ADR Local Rule 3-4.

*Modification.* This schedule may be modified only by Court order for good cause. The parties may request modification by stipulation or by filing an administrative motion pursuant to Civil Local Rule 7-11. Requests to modify a deadline must be made before that deadline.

**IT IS SO ORDERED.**

United States District Court
Northern District of California

Dated: July 2, 2024

P. Casey Pitts
United States District Judge