COOLEY LLP
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
MORGAN E. LEWIS (322205)
(melewis@cooley.com)
JULIA M. IRWIN (352861)
(jirwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:24-cv-00812-PCP<br><br>**DEFENDANT'S STATEMENT OF RECENT DECISIONS**<br><br>Dept: 8, 4th Floor<br>Judge: P. Casey Pitts<br><br>Trial Date: TBD<br>Date Action Filed: February 9, 2024 |

Pursuant to Civil Local Rule 7-3 (d)(2), Defendant LinkedIn Corporation submits this Statement of Recent Decision in connection with Defendant's pending Motion to Dismiss (the "Motion"). *See* ECF No. 19.

On July 3, 2024, after the hearing on the Motion, United States District Court Judge for the District of Nevada Andrew P. Gordon issued an opinion and order granting dismissal with leave to amend in *Davis v. Meta Platforms, Inc.*, Case No. 2:23-cv-01352-APG-BNW, at Dkt. No. 37. A copy of the slip opinion in *Davis* is attached hereto as Exhibit A.

Similarly, on July 29, 2024, United States District Court Judge for the District of New Jersey Madeline Cox Arleo issued an opinion and order granting dismissal with leave to amend in *Knight v. Meta Plaforms, Inc.*, Civil Action No. 23-13347, at Dkt. No. 19. A copy of the slip opinion in *Knight* is attached hereto as Exhibit B.

In both *Davis* and *Knight*, the plaintiffs sued Meta claiming that the operation of the Meta Tracking Pixel on webpages of the Nevada Department of Motor Vehicles ("Nevada DMV") and the New Jersey Motor Vehicle Commission ("New Jersey MVC"), respectively, violated the Drivers Privacy Protection Act. Ex. A at 1; Ex. B at 1. Citing *Keogh v. Meta*, 680 F. Supp. 3d 601, 610 (D.S.C. 2023) and *Dye v. Meta*, 2024 WL 2125602, at *3 (E.D.N.C. May 10, 2024), the courts dismissed the complaints with leave to amend, *inter alia*, on the ground that the Nevada DMV and New Jersey MVC, respectively, are not "motor vehicle records." Ex. A at 6-8; Ex. B at 3-4, n. 3. The courts in both cases also distinguished the decision in *Gershzon v. Meta Platforms, Inc.*, in part on the grounds that, in *Gershzon*, the DMV allegedly stored the personal information in the plaintiffs' "MyDMV" online accounts. Ex. A at 8; Ex. B at 3.

Dated: August 1, 2024

COOLEY LLP

By: */s/ Jeffrey M. Gutkin*
Jeffrey M. Gutkin

Attorney for Defendant
LINKEDIN CORPORATION

306572282