UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>Defendant. | Case No. 5:24-cv-00812-PCP<br><br>**ORDER DISMISSING REMAINING STATE LAW CLAIM FOR LACK OF JURISDICTION** |

Plaintiff Jacqueline Jackson brought this action against defendant LinkedIn Corporation alleging violations of the federal Drivers' Privacy Protection Act (DPPA) and the California Invasion of Privacy Act (CIPA). This Court initially had federal question jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331 because Jackson was pursuing a claim under a federal statute. The Court has now dismissed Jackson's DPPA claim with prejudice, leaving only her state law CIPA claim. The Court ordered supplemental briefing regarding whether it has jurisdiction over that claim under the Class Action Fairness Act (CAFA) notwithstanding CAFA's "home state" exception, which requires the Court to "decline to exercise jurisdiction … over a class action in which … greater than two thirds of the members of all proposed plaintiff classes in the aggregate are citizens of the State in which the action was originally filed." 28 U.S.C. § 1332(d)(4). In response to the Court's supplemental briefing order, Jackson states that she lacks evidence sufficient to show that the class does not fall within the "home state" exception, and agrees that the Court should therefore decline to exercise CAFA jurisdiction over her CIPA claim. Accordingly, the Court will dismiss Jackson's CIPA claim without prejudice for lack of jurisdiction. The clerk shall close the case.

1     **IT IS SO ORDERED.**

2    Dated: January 17, 2025

_____
P. Casey Pitts
United States District Judge